AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

TINA JENULESON

V.

KRIPALU HOLDING CORP., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 05cv30029-KPN

TO: (Name and address of Defendant)

```
John O'Neil, Corporate Secretary
c/o Kripalu Yoga Fellowship, Inc.
P.O. Box 793
Lenox, MA 01240
```

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Daniel R. Deutsch, Esq.
Steven J. Brooks, Esq.
Deutsch, Williams, Brooks, DeRensis & Holland, PC
99 Summer Street
Boston, MA 02110

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON _____    _____ May 26, 2005 _____
CLERK                                             DATE

_____
(By) DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

TINA JENULESON

      Plaintiff,

vs.

KRIPALU HOLDING CORPORATION d/b/a
KRIPALU CENTER FOR YOGA & HEALTH,
KRIPALU YOGA FELLOWSHIP, INC. d/b/a
KRIPALU CENTER FOR YOGA & HEALTH
AND SETH LEVY.

      Defendants.

Civil Action Number: 2005-30029-KPN

## ACKNOWLEDGEMENT OF ACCEPTANCE
## OF SERVICE OF PROCESS

On behalf of Kripalu Yoga Fellowship, Inc., I _John O'Neill_, its _Corporate Secretary_ hereby

acknowledge receipt and accept service of process of the complaint and summons in the above-

captioned action.

KRIPALU YOGA FELLOWSHIP, INC.,

Date: _6/2/05_

By: _John O'Neill_
Its: _____