UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

TINA JENULESON,                )
            Plaintiff     )
                          )
    v.                       )     Civil Action No. 05-30029-KPN
                          )
KRIPALU HOLDING CORP., et al,  )
            Defendants    )

ORDER
August 19, 2005

    Plaintiff filed a complaint in the U.S. District Court on January 27, 2005. A return of service was filed on June 8, 2005, with a responsive pleading due by June 22, 2005. As of this date, no answer has been filed.

    Pursuant to Local Rule 41.1(b)(1), counsel shall file a certificate describing the status of this action with the Clerk's Office by the close of business on September 9, 2005. Failure to comply with this order may result in dismissal of the matter for failure to prosecute.

                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge

                          By:   /s/ Bethaney A. Healy
                                        Bethaney A. Healy
                                        Deputy Clerk