UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| TINA JENULESON<br><br>    Plaintiff,<br><br>vs.<br><br>KRIPALU HOLDING CORPORATION d/b/a KRIPALU CENTER FOR YOGA & HEALTH, KRIPALU YOGA FELLOWSHIP, INC. d/b/a KRIPALU CENTER FOR YOGA & HEALTH AND SETH LEVY.<br><br>    Defendants. | Civil Action Number: 2005-30029-KPN |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed.R.Civ.P. 41(a)(i), plaintiff Tina Jenuleson hereby voluntarily dismisses the complaint in this action in its entirety, effective immediately.

                                                       Respectfully submitted,

                                                       TINA JENULESON,

                                                       By her attorneys,

                                                       /s/  *Daniel R. Deutsch*

                                                       _____
                                                       Daniel R. Deutsch, BBO #551744
                                                       DEUTSCH WILLIAMS BROOKS
                                                         DeRENSIS & HOLLAND, P.C.
                                                       99 Summer Street, 13th Floor
                                                       Boston, Massachusetts 02110-1235
                                                       (617) 951-2300

✽

Dated:  August 25, 2005

## Certificate of Service

    I understand that an electronic copy of the foregoing pleading will be served by the court on all counsel of record for the parties in the above-captioned action.

/s/ *Daniel R. Deutsch*

_____

Daniel R. Deutsch, Esq.

DWLIB 186646v1
8551/00